W.            and U. S. and U. S. and S. and I. . . . . THE WEST THE      . . . . . . THE WEST The west . . . . . THE WEST IS THE WEST . THE           LACE IN THE WEST IS THE TRUTH MOVES THE WEST . . THE WEST I AM  TRUTH        . It changes things the change how you Thank you.